# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

————

No. 13-4144

————

TOBIAS BERMUDEZ CHAVEZ, et al.,
v.
DOLE FOOD COMPANY, INC., et al.
(D. Del. No. 1-12-cv-00697)

————

JULIO ABREGO ABREGO, et al.,
v.
DOLE FOOD COMPANY, INC., et al.
(D. Del. No. 1-12-cv-00698)

————

ALVARADO ALFARO MIGUEL FRANCISCO, et al.,
v.
DOLE FOOD COMPANY, INC., et al.
(D. Del. No. 1-12-cv-00699)

————

JORGE LUIS AGUILAR MORA, et al.,
v.
DOLE FOOD COMPANY, INC., et al.
(D. Del. No. 1-12-cv-00700)

————

EDWIN AGUERO JIMENEZ, et al.,
v.
DOLE FOOD COMPANY, INC., et al.
(D. Del. No. 1-12-cv-00701)

————

GONZALEZ ARAYA FRANKLIN, et al.,
v.
DOLE FOOD COMPANY, INC., et al.
(D. Del. No. 1-12-cv-00702)

TOBIAS BERMUDEZ CHAVEZ, et al.,
Appellants

_____

On Appeal from the United States District Court
for the District of Delaware

(D.C. Nos. 1-12-cv-00697, 1-12-cv-00698, 1-12-cv-00699,
1-12-cv-00700, 1-12-cv-00701, and 1-12-cv-00702)
District Judge:  Honorable Richard G. Andrews

_____

PRESENT:   McKEE, Chief Judge, AMBRO, FUENTES, SMITH, FISHER,
CHAGARES, HARDIMAN, GREENAWAY, JR., VANASKIE,
SHWARTZ, KRAUSE, and NYGAARD1, Circuit Judges

**ORDER**

A majority of the active judges having voted for rehearing *en banc* in the above

captioned case, it is ordered that the petition for rehearing is GRANTED.  The Clerk of

this Court  shall list the case for rehearing *en banc* at the convenience of the Court.  The

opinion and judgment entered on August 11, 2015 are hereby vacated.

By the Court,

s/ Theodore A. McKee
Chief Circuit Judge

Dated:  September 22, 2015
JK/cc: All Counsel of Record

_____

1 As to panel rehearing only; will participate as a member of the en banc court pursuant
to 3d. Cir. I.O.P. 9.6.4.